**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 1 EAP 2015 |
| | : | |
| Appellant | : | |
| | : | |
| | : | Appeal from the Judgment of Sentence |
| v. | : | of the Court of Common Pleas of |
| | : | Philadelphia County, Criminal Division, |
| | : | on November 19, 2014 at No. CP-51- |
| DAMION WALKER, | : | CR-0012595-2012 |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

AND NOW, this 15th day of August, 2016, the Order of the Philadelphia County Court of Common Pleas is **AFFIRMED**.